UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ISSAC BEAL,

   Plaintiff,

-vs-                                   CASE NO.:  8:18-CV-01340-EAK-TGW

PMC HOME & AUTO INSURANCE
AGENCY, LLC d/b/a PROTECT MY
CAR,

   Defendant.
_____/

**NOTICE OF SETTLEMENT**

     Plaintiff, Issac Beal, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: September 17, 2018.

                                               */s/ Shaughn C. Hill*
                                               SHAUGHN C. HILL, ESQUIRE
                                               Florida Bar No.: 105998
                                               MORGAN & MORGAN, TAMPA, P.A.
                                               201 N. Franklin Street, Suite 700
                                               Tampa, FL 33602
                                               Telephone:  (813) 223-5505
                                               Facsimile:   (813) 223-5402
                                               Primary: SHill@ForThePeople.com
                                               Secondary: SLauredan@ForThePeople.com
                                               *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of September, 2018, , the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy was served via electronic mail on:

Jeffrey Backman
Greenspoon Marder, P.A.
200 East Broward Blvd, Suite 1800
Fort Lauderdale, FL  33301
jeffrey.backman@gmlaw.com

*Attorney for Defendant*

                                           */s/ Shaughn C. Hill*
                                           SHAUGHN C. HILL, ESQUIRE
                                           Florida Bar No.: 105998