UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ISSAC BEAL,

   Plaintiff,

CASE NO.:  8:18-CV-01340-EAK-TGW

-vs-

PMC HOME & AUTO INSURANCE AGENCY, LLC d/b/a PROTECT MY CAR,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Issac Beal, and the Defendant, PMC Home & Auto Insurance Agency, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 15TH day of October, 2018.

| | |
|---|---|
| */s/ Shaughn C. Hill* | */s/ Jeffrey A. Backman* |
| Shaughn C. Hill, Esquire | Jeffrey A. Backman, Esq. |
| Florida Bar No.: 105998 | Florida Bar No. 662501 |
| Morgan & Morgan, Tampa, P.A. | jeffrey.backman@gmlaw.com |
| One Tampa City Center | GREENSPOON MARDER LLP |
| 201 N. Franklin Street, 7th Floor | 200 East Broward Boulevard, Suite 1800 |
| Tampa, FL 33602 | Fort Lauderdale, Florida 33301 |
| Telephone:  (813) 223-5505 | 954.491.1120 (Telephone) |
| Shill@ForThePeople.com | 954.343.6958 (Facsimile) |
| SLauredan@ForThePeople.com | *Attorneys for PMC Home & Auto Insurance* |
| *Attorney for Plaintiff* | *Agency, LLC d/b/a Protect My Car* |